UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMMA ROY BREEDING,

      Plaintiff,                                                   Case No. 4:05-cv-42

v.                                                                     Hon. Richard Alan Enslen

JACKLYN JACKSON, et al.,

      Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 30, 2006, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Defendant Nancy Lange's and Dr. Douglas Parkhurst's Rule 12(b)(6) Motion to Dismiss, (Dkt. #19), is **GRANTED**, and Plaintiff's Petition for Addendum, (Dkt. #22) is **DENIED**.

      **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice is **DENIED** as moot, (Dkt. #30).

Dated in Kalamazoo, MI:                                     /s/Richard Alan Enslen
February 27, 2006                                              Richard Alan Enslen
                                                                         Senior United States District Judge